United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Donna Jane Watts, Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 15-21271-Civ-Scola |
| | ) |
| City of Miami, *and others*, Defendants | ) |

### Judgment

The Eleventh Circuit has reversed the Court's denial of the Defendants' motion for summary judgment and directed the Court to enter judgment in favor of the Defendants. (Order, ECF No. 124.) The Court now enters judgment in favor of the Defendants and against the Plaintiff, as required by Federal Rule of Civil Procedure 58. The Court directs the Clerk to **close** this case.

**Done and ordered** in chambers, at Miami, Florida, on March 14, 2017.

_____
Robert N. Scola, Jr.
United States District Judge